# Order

Michigan Supreme Court
Lansing, Michigan

September 13, 2012

144120

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RYAN MICHAEL BYLSMA,
        Defendant-Appellant.

SC: 144120
COA: 302762
Kent CC: 10-011177-FH

_____/

On order of the Court, the application for leave to appeal the September 27, 2011 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). At oral argument, the parties shall address (1) whether the Michigan Medical Marihuana Act (MMMA), MCL 333.26421 *et seq*., permits qualifying patients and registered primary caregivers to possess and cultivate marijuana in a collective or cooperative; and (2) whether, under the circumstances of this case, the defendant was entitled to immunity from prosecution for manufacturing marijuana under § 4 of the MMMA, MCL 333.26424, or entitled to dismissal of the manufacturing charge under the affirmative defense in § 8 of the act, MCL 333.26428. The parties may file supplemental briefs within 14 days of the date of this order, but they should not submit mere restatements of their application papers.

The Attorney General, the Criminal Defense Attorneys of Michigan, and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 13, 2012

_____
Clerk

s0912